*In re* JOSÉ D. HERNÁNDEZ GONZÁLEZ.

*Número:* TS-12380          *Resuelto:* 15 de diciembre de 2005

*José M. Montalvo Trías*, director ejecutivo del Colegio de Abogados de Puerto Rico; *Carmen H. Carlos*, directora de la Oficina de Inspección de Notarías; *Margarita Portalatín Aguilar*, inspectora de protocolos de la Oficina de Inspección de Notarías; *José David Hernández González*, abogado peticionario que comparece por derecho propio.

## RESOLUCIÓN

Examinada la moción en contestación a la resolución presentada por el Colegio de Abogados de Puerto Rico, *se declara "con lugar" la solicitud de baja voluntaria presentada por José D. Hernández González.*

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. Los Jueces Asociados Señor Fuster Berlingeri y Señor Rivera Pérez no intervinieron.

(*Fdo.*) Aida Ileana Oquendo Graulau
*Secretaria del Tribunal Supremo*